UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x  Civil Action No.: CV-05-769 (ERK) (MDG)

UNITED STATES OF AMERICA, §
§
    Plaintiff, §
 - against- §
§
DONNELL FORD, §
§
    Defendant. §
------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ May 31, 2005 ★

P.M. _____
TIME A.M. _____

### DEFAULT JUDGMENT

Because Donnell Ford failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Donnell Ford:

**Claim No. C99-24452W**

| | |
|---|---|
| Principal Balance: | $2,727.76 |
| Total Interest Accrued at 8.000%: | $3,305.12 |
| Filing and Service of Process: | $280.00 |
| Subtotal: | $6,312.88 |
| Attorney's Fees: | $175.00 |
| Total Owed: | $7,887.88 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
May 13, 2005

        _s/Edward R. Korman_
        Edward R. Korman
        United States District Judge